IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARRICK JONATHAN CHAVIS,<br><br>    Defendant.<br>_____/ | No. 03-40218 CW<br><br>ORDER FOR SERVICE OF MOTION FOR MODIFICATION OF ORDER AND FOR BRIEFING |

    Darrick Jonathan Chavis has filed a motion for modification of the Court's judgment against himself and co-Defendant Lamark Kevin Lassiter to reflect the fact that he has paid a large portion of the restitution that he was ordered to pay and to issue a remittitur as to the remaining balance.  Mr. Chavis has filed a certificate of service indicating that he has served his motion on the United States Department of Justice and the victim, Hartford Fire Insurance Company.  However, it appears that his co-Defendant, Mr. Lassiter, has not been served.

    Mr. Chavis must serve his motion and this order on Mr. Lassiter and any other party that would have an interest in the outcome of this motion.  The Court orders briefing on this motion. Any interested party may file an opposition or a statement of non-

opposition within two weeks from the date of service.  Mr. Chavis may file a reply within four days after the filing of any opposition.  The motion will then be decided on the papers.

   IT IS SO ORDERED.

Dated: 8/15/2011

CLAUDIA WILKEN
United States District Judge