MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>DARRICK JONATHAN CHAVIS,<br>    Defendant. | No. CR 03-40218 CW<br><br>**MOTION AND [~~PROPOSED~~] ORDER FOR ADDITIONAL TIME FOR THE UNITED STATES TO RESPOND TO DEFENDANT'S MOTION REQUESTING MODIFICATION ORDER** |

    The United States respectfully submits the following motion seeking additional time to respond to the defendant's motion to alter the restitution order against him.

    1.    On October 25, 2004, a Judgment and Commitment was entered against the defendant for his convictions for mail fraud and willfully subscribing to a false tax return.  That Judgment and Commitment ordered the defendant to pay restitution in the amount of $390, 494 to various victims.  On August 4, 2011, without prior consultation with the government, the defendant filed a motion requesting modification of the restitution order against him.  On August 19, 2011, the defendant served his motion by U.S. Mail on the U.S. Attorney's Office with attention to AUSA Charles B. Burch.  Mr. Burch was the original AUSA handling this case,

but is no longer with the U.S. Attorney's Office.

    2.     On August 24, 2011, the case was reassigned to the undersigned AUSA.

    3.     On August 25, 2011, the undersigned AUSA called the U.S. Probation Officer assigned to the case, Richard Brown, in order to discuss the case and merits of the defendant's motion.  However, the probation officer's voice mail message indicates that he is currently out of the office and will not return until August 29, 2011.

    4.     Also, on August, 25, 2011, the undersigned AUSA called the defendant's attorney to request any and all supporting documentation for the defendant's motion.  The defendant's attorney faxed several pages of supporting documentation that were not available on ECF.

    5.     In order to allow the undersigned AUSA sufficient time to review the case file, to consult with the probation officer, and to determine the government's position on the defendant's motion, the government requests that it be allowed to file its response brief on September 16, 2011.

    3.     The defendant's attorney indicated that she could not consent to this motion on behalf of her client.

DATED: August 26, 2011        Respectfully submitted,

        MELINDA HAAG
        United States Attorney


        /s/
        BRIAN C. LEWIS
        Assistant United States Attorney

### [PROPOSED] ORDER

The government's response brief is due on September 16, 2011.

IT IS SO ORDERED.

DATED: 8/29/2011        CLAUDIA WILKEN
        United States District Judge